[No. 33875-4-III.   Division Three.   June 30, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK E. COCKRUM, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 15-1-00179-4, Scott R. Sparks, J., entered October 12, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 73448-2-I.   Division One.   July 5, 2016.]

JAY FRIET, *Appellant*, v. KATHERINE GAISER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-05326-4, Monica J. Benton, J., entered May 1, 2015. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Trickey, A.C.J., and Appelwick, J.

[No. 73546-2-I.   Division One.   July 5, 2016.]

JIMMIE R. GOODE, *Appellant*, v. TUKWILA SCHOOL DISTRICT NO. 406, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-10214-3, Andrea A. Darvas, J., entered May 28, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 73608-6-I.   Division One.   July 5, 2016.]

VERN F. SIMS FAMILY LIMITED PARTNERSHIP I ET AL., *Appellants*, v. THE CITY OF BURLINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-2-00651-7, Bruce I. Weiss, J., entered June 17, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Dwyer and Leach, JJ.